IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM LEROY BARNES,           )
                                )
        Petitioner,              )
                                )
        v.                       )       1:08CV271
                                )
EDWARD THOMAS, Warden,           )
Central Prison, Raleigh,         )
North Carolina                   )
                                )
        Respondent.              )

## JUDGMENT

For the reasons set out in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that as to the single claim before this court on remand, the Petition (Doc. 1) is DENIED and this action is DISMISSED.

For the reasons noted in the Memorandum Opinion and Order, the court will issue a certificate of appealability on the issue of whether the extraneous communication between Juror Hollie Jordan and Pastor Tom Lomax had a "substantial and injurious effect or influence in determining the jury's verdict," or rather was harmless. See 28 U.S.C. § 2253(c)(2).

                           /s/   Thomas D. Schroeder
                           United States District Judge

August 2, 2018