UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:08CV271

| | |
|---|---|
| WILLIAM LEROY BARNES,<br>    Petitioner, | )<br>)<br>) |
| vs. | )<br>) |
| EDWARD THOMAS, Warden,<br>    Central Prison<br>    Respondent. | )<br>)<br>)<br>) |

## **NOTICE OF APPEAL**

NOW COMES petitioner, William Leroy Barnes, by and through his undersigned counsel, and gives notice of appeal to the United States Court of Appeals for the Fourth Circuit from the judgment entered in this matter on 2 August 2018. (DE 62, 63) This appeal is from a final order and judgment denying his petition for a writ of habeas corpus.

RESPECTFULLY SUBMITTED this the 30th day of August, 2018.

    RUDOLF WIDENHOUSE
    Attorneys at Law

    /s/ M. Gordon Widenhouse, Jr.
    NC State Bar No. 10107
    PO Box 7447
    Winston Salem, NC 27109
    Tel: (336) 758-2527
    Fax: (704) 335-0224
    E-Mail: mgwidenhouse@rudolfwidenhouse.com

    *Attorney for Petitioner*


    GEORGE B. CURRIN
    Attorney at Law

By:    /s/ George B. Currin
    George B. Currin
    NC State Bar No. 14082
    PO Box 8594
    Asheville, NC 28814
    Tel: (828) 424-7018
    Fax: (919) 640-8686
    E-Mail: georgecurrin@aol.com

    *Attorney for Petitioner*

# CERTIFICATE OF SERVICE

This is to certify that I have electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Jonathan P. Babb
>Special Deputy Attorney General

This the 30th day of August, 2018.

>/s/ M. Gordon Widenhouse, Jr.
>M. Gordon Widenhouse, Jr.